UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NICK BLANCO, | ) | NO. CV 10-5408 PA (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. TIM OCHOA, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 29, 2010.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE